UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUDERMAN FAMILY FOUNDATION, : | |
|     Plaintiff, : | |
|     v. : | Civil Action No. 1:25-13110 |
| JUBILARIA MEDIA LLC and GREGORY : HADDOCK, : | |
|     Defendants. : | |

To The Clerk:

    Please enter the appearances of Mark D. Stern and Alan Jay Rom for Defendants, Jubilaria Media LLC and Gregory Haddock. Thank you.

                                 Respectfully submitted,

                                 /s/ Mark D. Stern_____
                                 Mark D. Stern, BBO# 479500
                                 34 Liberty Avenue
                                 Somerville, MA 02144
                                 Tel: 617/776-4020
                                 Fax: 617/776-9250
                                 E-Mail: attorneymarkdstern@comcast.net
                                 Web: www.attorneymarkdstern.com

                                 /s/Alan Jay Rom_____
                                 Alan Jay Rom, BBO# 425960
                                 Rom Law P.C.
                                 P.O. Box 585
                                 Chelmsford, MA 01824
                                 Tel: 617/776-0575

Tel: 978/455-9589  
Fax: 617/209-7714  
E-Mail: alan@romlawoffice.com  
Web: www.romlawoffice.com

Dated: 5 November 2025