UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| RUDERMAN FAMILY FOUNDATION, : | |
| Plaintiff, : | |
| v. : | |
| JUBILARIA MEDIA LLC and GREGORY : | Civil Action No. 1:25-13110 |
| HADDOCK, : | |
| Defendants. : | |
| : | |

---

To The Clerk:

Please enter the appearances of Mark D. Stern and Alan Jay Rom for Defendants, Jubilaria Media LLC and Gregory Haddock. Thank you.

Respectfully submitted,

/s/ Mark D. Stern\
Mark D. Stern, BBO# 479500\
34 Liberty Avenue\
Somerville, MA 02144\
Tel: 617/776-4020\
Fax: 617/776-9250\
E-Mail: attorneymarkdstern@comcast.net\
Web: www.attorneymarkdstern.com

/s/Alan Jay Rom\
Alan Jay Rom, BBO# 425960\
Rom Law P.C.\
P.O. Box 585\
Chelmsford, MA 01824\
Tel: 617/776-0575

1

Tel: 978/455-9589  
Fax: 617/209-7714  
E-Mail: alan@romlawoffice.com  
Web: www.romlawoffice.com

Dated: 5 November 2025