UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUDERMAN FAMILY FOUNDATION,<br>Plaintiff,<br><br>v.<br><br>JUBILARIA MEDIA LLC and<br>GREGORY HADDOCK,<br>Defendants. | C.A. No. 1:25-cv-13110 |

**DEFENDANTS' MOTION FOR RELIEF UNDER FED. R. CIV. P. 12(b)(6)
AND PER THE INDEMNIFICATION AGREEMENT BETWEEN THE PARTIES**

Defendants (hereinafter separately referenced as "Jubilaria" and "Haddock") move to dismiss all of Plaintiff's Counts for relief under Fed. R. Civ. P. 12(b)(6) because the facts alleged fail to support the claims asserted.[1]

They further move to dismiss per the indemnification agreement between the parties.

Respectfully submitted,
JUBILARIA MEDIA LLC and GREGORY HADDOCK
By Their Attorneys,
/s/ Mark D. Stern
Mark D. Stern, BBO# 479500
34 Liberty Avenue
Somerville, MA 02144
Tel: 617/776-4020
Fax: 617/776-9250
E-Mail: attorneymarkdstern@comcast.net
Web: www.attorneymarkdstern.com

/s/ Alan Jay Rom
Alan Jay Rom, BBO# 425960
Rom Law P.C.
P.O. Box 585
Chelmsford, MA 01824
Tel: 617/776-0575
Tel: 978/455-9589
Fax: 617/209-7714

---

[1] Additionally, Defendants have separately moved to dismiss Count III pursuant to Fed. R. Civ. P. 12(b)(1)&(3).

E-Mail: alan@romlawoffice.com  
Web: www.romlawoffice.com

Dated: December 16, 2025

CERTIFICATE OF SERVICE

I, Mark D. Stern, served the above Motion for Relief under Fed. R. Civ. P. 12 by e-filing and by e-mailing a copy to Matthew P. Horvitz, Attorney for Plaintiff, at Goulston & Storrs P.C. One Post Office Square, Boston, Massachusetts 02109 on the above date.

Signed.  
ss: // *Mark D. Stern* //  
Mark Stern

2