# Agency Client Agreement and Statement of Work

between

Jubilaria Media LLC (Agency) and Ruderman Family Foundation (RFF) (Client)

This agreement covers the production of a single test episode for the **All About Change** podcast series.

---

**Services and Production Process**

## Pre-Production & Planning

- **Podcast Concept and Structuring**: We'll collaborate to define the episode's core idea and narrative flow.

- **Project Management**: We'll communicate about all aspects of the project, ensuring a smooth and timely production.

- **Guest Outreach and Management**: The guest will be booked by Jubilaria, subject to RFF's approval.

- **Research and Interview Preparation**: Jubilaria will conduct thorough research to inform the interview and provide a prep doc to the host at least 5 days in advance.

    Sample Guest Docs for Jay:

    - [Example 1](#)
    - [Example 2](#)

- **Finalizing Interview Times**: Coordinate with the host's assistant to confirm interview schedules.

## Production

- **Audio Engineering**

- **Technical Consulting**

- **Creative Direction**: We'll collaborate on the creative vision of the episode to ensure alignment with podcast goals.

- **Conducting Interviews**: A Jubilaria producer and engineer will be present during the interview to facilitate and coordinate.

- **Video Capture**: The full episode will be recorded via Riverside, Zoom, or another suitable platform.

## Post-Production

- **Episode Outlines**: Jubilaria will collaborate to align on story focus and outlines for the final episode.

- **Audio Editing**: Audio will be refined for clarity and flow.

- **Video Editing**: Video will be professionally edited to create a compelling visual experience.

- **Transcript Creation**: A transcript will be generated for accessibility and readability.

- **Music Scoring**: Original music or licensed tracks will be integrated to enhance the episode's mood.

- **Mixing and Mastering**: Final audio will undergo professional mixing and mastering.

- **Marketing Assets**: Jubilaria will provide social media assets tailored for multiple platforms.

- **Publishing & RSS Management**: Jubilaria will provide a publication plan and manage RSS feed setup (execution not included).

## Final Deliverables

Ruderman Family Foundation will receive all final deliverables.

- Audio and video formats of the final episode
- Episode-specific art for branding and promotion
- **Social media assets**
    - [Quote Graphic](#)
    - [Video example](#)
    - [Drafted social copy](#)

- A suggested marketing plan for distribution via YouTube and other platforms (execution not required)

---

**Test Episode Pricing**

- Pre-Production & Guest Booking: $2,000

- Audio + Video Editing: $3,250

- Assets & Social Media Prep: $1,750

- Mixing & Mastering: $500

- **Total Fee: $7,500**

---

**Production Timelines**

This test episode will take as long as necessary to complete pre-production and secure a guest for the interview. The 10-day timeline outlined below only goes into effect once the interview is recorded.

Client agrees that any episode being published must be recorded a minimum of 10 business days (excluding government holidays) before a target delivery date. In the event that a recording is not completed 10 business days before a delivery date, the Agency will make every effort to publish said episode on time, but cannot guarantee the on-time publication of that particular episode.

The Agency agrees to complete a first version of any content recorded within 3 business days (excluding government holidays). Revision requests need to be made within 2 business days. Subsequent versions of the episode are subject to the publication timeline and cannot be guaranteed.

NOTE: This section reflects a 10-day turnaround after the interview is recorded and is specific to this single test episode, not ongoing production.

---

**Payment Terms**

Client shall pay the Agency a total of $7,500 for the services described in this agreement. Payment shall be made in two installments:

- 50% ($3,750) due within 5 business days (NET 5) of contract execution.
- Remaining 50% ($3,750) due within 15 business days (NET 15) of contract execution.

If the first installment is not received by the 6th business day, all work by the Agency will be paused until payment is received.

---

**Ownership/Rights of Content Created**

All work done by Agency and Client will remain the property of the Client**.

**Agency reserves the right to use Client name for customer success story on website and end credit on publication (i.e., "produced by Jubilaria Media").**

---

**Non-Disclosure Agreement (NDA)**

The Agency agrees not to disclose, discuss, or otherwise share information about the nature or business dealings of the Client with any third party.

The Client agrees not to disclose or discuss the specifics about the cost of their agreement and services with the Agency or content of the accompanying Agency proposal from the Agency with any third party.

---

**Indemnity Clause**

The Client agrees to indemnify and hold harmless Agency of and from any and all claims, demands, losses, causes of action, damage, lawsuits, judgments, including attorneys' fees and costs, to the extent caused by or arising out of or relating to the work of the Agency.

**Signatures**

**The Client**

Agreement Approved by:

Signature of authorized representative: _____

Title of authorized representative: Deputy director _____

Date: 6/30/2025 _____


**The Agency**

Agreement Approved by: Gregory M. Haddock, Co-Founder, Jubilaria Media LLC

Signature of authorized representative: _____

Title of authorized representative: Co-Founder & CEO _____

Date: 6/30/2025 _____