UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUDERMAN FAMILY FOUNDATION,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JUBILARIA MEDIA LLC and<br>GREGORY HADDOCK,<br>　　　　　　　　Defendants. | C.A. No. 1:25-cv-13110 |

**DEFENDANTS' MOTION FOR RELIEF UNDER FED. R. CIV. P. 12(b)(6)
AND PER THE INDEMNIFICATION AGREEMENT BETWEEN THE PARTIES**

　　　Defendants (hereinafter separately referenced as "Jubilaria" and "Haddock") move to dismiss all of Plaintiff's Counts for relief under Fed. R. Civ. P. 12(b)(6) because the facts alleged fail to support the claims asserted.[1]

　　　They further move to dismiss per the indemnification agreement between the parties.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　JUBILARIA MEDIA LLC and GREGORY HADDOCK
　　　　　　　　　　　　　　　　By Their Attorneys,
　　　　　　　　　　　　　　　　/s/ Mark D. Stern
　　　　　　　　　　　　　　　　Mark D. Stern, BBO# 479500
　　　　　　　　　　　　　　　　34 Liberty Avenue
　　　　　　　　　　　　　　　　Somerville, MA 02144
　　　　　　　　　　　　　　　　Tel: 617/776-4020
　　　　　　　　　　　　　　　　Fax: 617/776-9250
　　　　　　　　　　　　　　　　E-Mail: attorneymarkdstern@comcast.net
　　　　　　　　　　　　　　　　Web: www.attorneymarkdstern.com

　　　　　　　　　　　　　　　　/s/ Alan Jay Rom
　　　　　　　　　　　　　　　　Alan Jay Rom, BBO# 425960
　　　　　　　　　　　　　　　　Rom Law P.C.
　　　　　　　　　　　　　　　　P.O. Box 585
　　　　　　　　　　　　　　　　Chelmsford, MA 01824
　　　　　　　　　　　　　　　　Tel: 617/776-0575
　　　　　　　　　　　　　　　　Tel: 978/455-9589
　　　　　　　　　　　　　　　　Fax: 617/209-7714

---

[1] Additionally, Defendants have separately moved to dismiss Count III pursuant to Fed. R. Civ. P. 12(b)(1)&(3).

E-Mail: alan@romlawoffice.com
Web: www.romlawoffice.com

Dated: December 16, 2025

CERTIFICATE OF SERVICE

I, Mark D. Stern, served the above Motion for Relief under Fed. R. Civ. P. 12 by e-filing and by e-mailing a copy to Matthew P. Horvitz, Attorney for Plaintiff, at Goulston & Storrs P.C. One Post Office Square, Boston, Massachusetts 02109 on the above date.

Signed.
ss: // *Mark D. Stern* //
Mark Stern