UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUDERMAN FAMILY FOUNDATION,<br><br>          Plaintiff,<br><br>  v.<br><br>JUBILARIA MEDIA LLC and GREGORY HADDOCK,<br><br>          Defendants. | C.A. No. 1:25-cv-13110 |

## NOTICE OF DISMISSAL

Please take notice that Plaintiff Ruderman Family Foundation hereby dismisses this action voluntarily under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff believes serious issues of discrimination and bias are raised by its Complaint, but it has decided that addressing those issues is better accomplished by deploying resources in the community, rather than through litigation. Defendants have not served answers or motions for summary judgment in this action. Accordingly, Plaintiff notices dismissal of this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(B).

                                                                Respectfully submitted,

                                                                */s/ Matthew P. Horvitz*
                                                                Matthew P. Horvitz (BBO #664136)
                                                                GOULSTON & STORRS PC
                                                                One Post Office Square, 25th Floor
                                                                Boston, MA 02109
                                                                (617) 482-1776
                                                                mhorvitz@goulstonstorrs.com
Dated: January 5, 2026                                  *Attorney for the Plaintiff*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 5, 2026, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

                                                              */s/ Matthew P. Horvitz*